CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUN 09 2010

JOHN F. CORCORAN, CLERK
BY: /s/ _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JERRY RAY HALL,<br>    Plaintiff, | Civil Action No. 7:10-cv-00197 |
| v. | **ORDER** |
| WARDEN DANIEL A BRAXTON, et al.,<br>    Defendant. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED** without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 9th day of June, 2010.

/s/ James C. Turk
Senior United States District Judge